■ In the Matter of HAROLD BAKERMAN, an Attorney.—Motions granted, the report of the Committee on Character and Fitness confirmed, and respondent will be reinstated as an attorney and counselor at law in the State of New York upon taking the appropriate oath. Concur—Murphy, P. J., Silverman, Evans, Lane and Markewich, JJ.

■ In the Matter of ROBERT S. PERSKY, an Attorney.—Motion granted only to the extent of referring the matter to the Committee on Character and Fitness to hear and report as to respondent's character and fitness to practice law in the State of New York and pending receipt of the report of said committee, final determination of the motion is held in abeyance. Concur—Murphy, P. J., Kupferman, Sandler, Sullivan and Lane, JJ.

■ CHINATOWN APARTMENTS, INC., v NEW YORK CITY TRANSIT AUTHORITY et al. HORN CONSTRUCTION CO., INC., v CHINATOWN APARTMENTS, INC., et al. (And a Third-Party Action.)—Motion, insofar as it seeks reargument, denied, and insofar as it seeks leave to appeal to the Court of Appeals granted and the following question certified: "Was the order of the Supreme Court, as affirmed by this Court, properly made?" Concur—Kupferman, J. P., Birns, Evans, Markewich and Lupiano, JJ.

## (March 22, 1979)

■ ANTHONY ANASTASIO, Respondent, v WATERFRONT COMMISSION OF NEW YORK HARBOR et al., Appellants.—Judgment, Supreme Court, New York County, entered on March 8, 1978, unanimously affirmed, without costs and without disbursements, for the reasons stated by Bloom and Fein, JJ., at Special Term. Concur—Murphy, P. J., Kupferman, Sullivan, Lane and Lupiano, JJ.